UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID LANCE WILSON (#449780)

VERSUS

THE 19TH JUDICIAL DISTRICT
COURT, ET AL

CIVIL ACTION

NO. 07-629-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 21, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action will be dismissed, with prejudice, as legally frivolous pursuant to 42 U.S.C. § 1983.

Baton Rouge, Louisiana, December 21, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA